**No. 09-999. Clifton Mallery, et al., Petitioners v. NBC Universal, Inc., et al.**

559 U.S. 1101, 130 S. Ct. 2378, 176 L. Ed. 2d 785, 2010 U.S. LEXIS 3663, ██

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 331 Fed. Appx. 821.

**No. 09-1007. Mountain America, LLC, et al., Petitioners v. Donna Huffman, Assessor of Monroe County, West Virginia, et al.**

559 U.S. 1102, 130 S. Ct. 2377, 176 L. Ed. 2d 785, 2010 U.S. LEXIS 3565.

April 26, 2010. Motion of West Virginia Manufacturers Association for leave to file a brief as amicus curiae granted. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied.

Same case below, 224 W. Va. 669, 687 S.E.2d 768.

**No. 09-1016. Antonio C. Simonelli, Petitioner v. University of California at Berkeley, et al.**

559 U.S. 1102, 130 S. Ct. 2378, 176 L. Ed. 2d 785, 2010 U.S. LEXIS 3608, ██

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. Justice Breyer took no part in the consideration or decision of this petition.

Same case below, 338 Fed. Appx. 673.

**No. 09-1054. Howard Brett Berger, Petitioner v. Securities and Exchange Commission.**

559 U.S. 1102, 130 S. Ct. 2380, 176 L. Ed. 2d 785, 2010 U.S. LEXIS 3557.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 347 Fed. Appx. 692.

**No. 09-9429. Maureen McNamara, Petitioner v. Judith S. Kaye, Chief Judge, Court of Appeals of New York, et al.**

559 U.S. 1102, 130 S. Ct. 2385, 176 L. Ed. 2d 785, 2010 U.S. LEXIS 3651.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 360 Fed. Appx. 177.